IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

ERNEST P. JONES,                                    Chapter 7 Proceeding

    Debtor;                                          Case no. 17-40402-KKS

DAVID and GWENDOLYN AKINS,

    Plaintiffs,

                                                                                 Adversary Proceeding
v.                                                   No.

ERNEST P. JONES,

    Defendant.

## COMPLAINT TO DETERMINE DISCHARGABILITY OF DEBT

COME NOW THE PLAINTIFFS, David and Gwendolyn Akins, and state this Complaint to Determine the Dischargability of a Debt pursuant to 11 USC § 523(a)(2), (4), and/or (6), showing the Court as follows:

1. The Debtor filed the instant Chapter 7 proceeding on 6 September 2017 as a voluntary case. The bar date for filing Complaints to Determine the Dischargability of Debts has not yet passed.

2. In July 2016, prior to the filing of the instant Bankruptcy Case, the Debtor became indebted to the Plaintiff pursuant to a signed "Investment contract" whereby the Plaintiffs loaned the Debtor a total of $80,000. A copy of this contract is attached hereto as Exhibit A.

3. The Debtor was purporting to deal in commodities materials, but upon information and belief the Debtor would show that no such purchases of materials were ever made.

4. The Debtor's Schedules and Statement of Financial Affairs do not show the conduct of any business being conducted by the Debtor.

5. Upon information and belief, the Debtor was not purchasing commodities at all, and was not in fact engaged in any type of business with the money loaned to him by the Plaintiffs.

6. As a consequence, the Debtor's debt to the Plaintiff is not dischargeable pursuant to 11 USC § 523(a)(2).

7. In the alternative, the Debtor's debt to the Plaintiff is not dischargeable pursuant to 11 USC § 523(a)(4).

8. In the alternative, the Debtor's debt to the Plaintiff is not dischargeable pursuant to 11 USC § 523(a)(6).

9. The instant Complaint is a core proceeding as that term is used at 28 USC § 157.

10. The Court has jurisdiction of this complaint pursuant to 28 USC § 1334, and venue is proper in this court pursuant to 28 USC § 1408.

WHEREFORE THE PLAINTIFFS PRAY that the debt owed to them in the amount of $80,000, plus any interest accrued or accruing under the said contract, be adjudged a nondischargable debt and for such other relief as the court shall deem appropriate.

Respectfully submitted, this 21st day of December, 2017.

/s/ Allen P. Turnage
Allen P. Turnage
Plaintiffs' Counsel
PO Box 15219
Tallahassee FL  32317
(850) 224-3231 – Voice
(850) 224-2535 – Facsimile
Florida Bar no. 993085
service@turnagelaw.com